DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HAKIMA BAKIRI,**
Appellant,

v.

**ANGELO INCORVAIA, M.D. and THE HAND AND WRIST INSTITUTE OF PALM BEACH, P.L.,**
Appellees.

No. 4D20-1964

[July 1, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James L. Martz, Judge; L.T. Case No. 502016CA010919XXXXMB.

Anna V. Perekotiy of Sunrise Law Firm, PLLC, Miami, for appellant.

James L. White and Marjorie H. Levine of Bobo, Ciotoli, White & Russell, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, KUNTZ and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***